**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01752-CBS

TODD HOROB,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    Plaintiff's motion to stay the proceedings (ECF No. 11) is DENIED.

Dated:  September 27, 2013